# United States District Court
# For The Western District of North Carolina
# Statesville Division

STEPHEN KEITH POSTON,

        Plaintiff(s),                JUDGMENT IN A CIVIL CASE

vs.                                          5:10CV83

TRACY W. JOHNS, LEE COLLINS
and ALLEN LAWSON,

        Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 14, 2012, Memorandum and Order.

                                                          Signed: November 14, 2012

                                                          */s/ Frank G. Johns*

                                                          Frank G. Johns, Clerk
                                                          United States District Court