# United States District Court
# For The Western District of North Carolina
# Statesville Division

STEPHEN KEITH POSTON,

    Plaintiff(s),

vs.

TRACY W. JOHNS, LEE COLLINS
and ALLEN LAWSON,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

5:10CV83

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 14, 2012, Memorandum and Order.

Signed: November 14, 2012

_____
Frank G. Johns, Clerk
United States District Court